# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br>IMCLONE LLC, and<br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendants. | Civil Action No. 2:15-cv-06133-WB |

## DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW

Defendants Eli Lilly and Company ("Lilly"), ImClone LLC, and Bristol-Myers Squibb (collectively "Defendants") hereby move to stay this action pending resolution of Lilly's petition for *inter partes* review of U.S. Patent No. 7,625,558 before the U.S. Patent and Trademark Office. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully requests that (a) this litigation be stayed; (b) the stay remains in effect until the *inter partes* review proceeding is fully and finally resolved; and (c) all outstanding discovery deadlines be tolled in accordance with the stay.

Dated: January 15, 2016　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　/s/ Raymond B. Biagini
　　　　　　　　　　　　　　　　　　　　　Raymond B. Biagini (PA Bar No. 31121)
　　　　　　　　　　　　　　　　　　　　　rbiagini@cov.com
　　　　　　　　　　　　　　　　　　　　　George F. Pappas (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　gpappas@cov.com
　　　　　　　　　　　　　　　　　　　　　Matthew Kudzin (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　mkudzin@cov.com
　　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4956
　　　　　　　　　　　　　　　　　　　　　Telephone:　　202-662-6000
　　　　　　　　　　　　　　　　　　　　　Facsimile:　　202-662-6291

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Eli Lilly and*
　　　　　　　　　　　　　　　　　　　　　*Company, ImClone LLC, and Bristol-Myers*
　　　　　　　　　　　　　　　　　　　　　*Squibb Company*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused the foregoing *Defendants' Motion to Stay Pending* Inter Partes *Review* to be filed electronically through the Court's CM/ECF system.

Copies of the foregoing have been served by electronic mail on the following counsel of record:

>Andrew A. Chirls
>achirls@finemanlawfirm.com
>FINEMAN KREKSTEIN & HARRIS, P.C.
>Ten Penn Center
>1801 Market Street, Suite 1100
>Philadelphia, PA 19103-7513
>
>Jonathan G. Graves
>jgraves@cooley.com
>One Freedom Square
>Reston Town Center
>11951 Freedom Drive
>Reston, Virginia 20190-5656
>
>DeAnna Allen
>dallen@cooley.com
>1299 Pennsylvania Ave, NW
>Suite 700
>Washington, DC 20004-2400

Dated: January 15, 2016 /s/ Raymond B. Biagini
Raymond B. Biagini