# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:15-cv-06133-WB |
| ELI LILLY AND COMPANY, | )<br>)<br>) |
| IMCLONE LLC and | )<br>) |
| BRISTOL MYERS SQUIBB COMPANY, | )<br>) |
| Defendants. | )<br>) |

## DECLARATION OF SUSAN M. KRUMPLITSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW

I, Susan M. Krumplitsch, declare:

1. I am an attorney at the law firm of Cooley LLP and counsel to Plaintiff Trustees of the University of Pennsylvania ("Penn") in the above-captioned matter. I declare that the following statements are true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Pending *Inter Partes* Review.

2. Attached as Exhibit A is a true and correct copy of a Non-Final Rejection for U.S. Patent Application No. 13/796,468, dated November 20, 2013.

3. Attached as Exhibit B is a true and correct copy of a Submission of Information Disclosure Statement (IDS) Under 37 C.F.R. 1.97 and 1.98 for U.S. Patent Application No. 10/100,592, dated December 8, 2003.

1

4. Attached as Exhibit C is a true and correct copy of a Non-Final Rejection for U.S. Patent Application No. 10/100,952, dated June 15, 2006.

5. Attached as Exhibit D is a true and correct copy of an excerpt of the case docket for *Clouding IP, LLC v. SAP AG*, Case No. 13-1456-LPS, *Oral Order* at Docket No. 35 (D. Del. Jan. 21, 2014).

Dated: February 1, 2016                                          */s/ Susan M. Krumplitsch*
                                                                Susan M. Krumplitsch

                                                                skrumplitsch@cooley.com
                                                                COOLEY LLP
                                                                3175 Hanover Street
                                                                Palo Alto, CA 94304
                                                                Tel: (650) 843-5994
                                                                Fax: (650) 849-7400

127104457 v1