# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:15-cv-06133-WB |
| ELI LILLY AND COMPANY, | ) ) ) | |
| IMCLONE LLC and | ) ) | |
| BRISTOL MYERS SQUIBB COMPANY, | ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF SUSAN M. KRUMPLITSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLAIMS 32-40 OF U.S. PATENT NO. 7,625,558

I, Susan M. Krumplitsch, declare:

1. I am an attorney at the law firm of Cooley LLP and counsel to Plaintiff Trustees of the University of Pennsylvania ("Penn") in the above-captioned matter. I declare that the following statements are true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Claims 32-40 of U.S. Patent No. 7,625,558.

2. Attached as Exhibit A is a true and correct copy of '558 File history, Nov. 6, 2008 Amendment and Supplemental Information Disclosure Statement.

3. Attached as Exhibit B is a true and correct copy of '558 File history, May 4, 2009 Notice of Allowance.

1

Dated: February 8, 2016  */s/ Susan M. Krumplitsch*
Susan M. Krumplitsch

skrumplitsch@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5994
Fax: (650) 849-7400