IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, IMCLONE LLC AND BRISTOL MYERS SQUIBB COMPANY,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 15-6133 |

## O R D E R

**AND NOW**, this 9th day of February, 2016, upon consideration of Defendants' Eli Lilly and Company, ImClone LLC, and Bristol Myers Squibb Company's Motion to Stay Pending *Inter Partes* Review (ECF No. 23); Plaintiff the Trustees of the University of Pennsylvania's Response thereto (ECF No. 31); and Defendants' Reply in Support thereof (ECF No. 34), **IT IS ORDERED THAT**:

(1) Defendants' motion is **DENIED WITHOUT PREJUDICE**; and

(2) Defendants are granted leave to file a renewed motion to stay if the United States Patent and Trademark Office institutes *inter partes* review of U.S. Patent No. 7,625,558.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

**WENDY BEETLESTONE, J.**