IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>　　　　　　　　　Plaintiff,<br>　　v.<br>ELI LILLY AND COMPANY,<br>IMCLONE LLC, and<br>BRISTOL-MEYERS SQUIBB COMPANY<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No.: 15-cv-6133 |

# ORDER

**AND NOW**, this **13th** day of **MAY, 2019,** upon consideration of Defendants' Motion for Judgment on the Pleadings *(ECF Doc. #70)* and the opposition thereto submitted by Plaintiff, it is hereby

**ORDERED** that Defendants' Motion for Judgment on the Pleadings is **DENIED** as **MOOT**.[1]

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　**/s/ Robert F. Kelly**
　　　　　　　　　　　　　　　　**ROBERT F. KELLY**
　　　　　　　　　　　　　　　　**SENIOR JUDGE**

---

[1] This Court's allowance of Plaintiff's Motion to Amend its Infringement Contentions to Add Claim 13 of U.S. Patent No. 7,625,558 rendered Defendants' Motion for Judgment on the Pleadings Moot.