IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No.: 15-cv-6133 |
| ELI LILLY AND COMPANY, IMCLONE LLC, and BRISTOL-MEYERS SQUIBB COMPANY | : : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this **14th** day of **MAY, 2019,** the Stay Order entered in the above-captioned case on July 21, 2016 *(ECF Document #60)* is hereby lifted. Plaintiff's request to stay this case pending the outcome of its second petition for *ex parte* reexamination *(ECF Document #87)* is **DENIED**.

Within 10 days of this Order the parties shall submit a Proposed Joint Pretrial Scheduling Order.

                                                **BY THE COURT:**

                                                **/s/ Robert F. Kelly**
                                                **ROBERT F. KELLY**
                                                **SENIOR JUDGE**