IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, IMCLONE LLC, and BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendants. | Civil Action No. 2:15-cv-06133-RK |

**JOINT STIPULATION TO EXTEND DEADLINE TO FILE
PROPOSED JOINT PRETRIAL SCHEDULING ORDER**

WHEREAS, on May 14, 2019, the Court lifted the Stay Order entered in the captioned case on July 21, 2016 (Dkt. No. 94, lifting Dkt. No. 60);

WHEREAS, the Court also ordered the parties to submit a Proposed Joint Pretrial Scheduling Order within ten days of its May 14, 2019 Order, *i.e.*, today, May 24, 2019;

WHEREAS the parties, diligently and in good faith, have exchanged several drafts of a Proposed Joint Pretrial Scheduling Order and have met and conferred regarding that draft on several occasions, including today;

WHEREAS there are still a few outstanding issues on which the parties continue to meet and confer;

WHEREAS the parties belive that a brief extension of the deadline to file a Proposed Joint Pretrial Scheduling Order may eliminate or at least further narrow any areas in dispute;

Now, therefore, the parties stipulate and agree, subject to the approval of Court, that, for the foregoing reasons, the deadline to file a Proposed Joint Pretrial Schedule Order shall be extended to and including Tuesday May 28, 2019.

IT IS SO STIPULATED.

Dated: May 24, 2019

/s/ *Jonathan G. Graves*

Andrew A. Chirls (No. 35422)
Fineman Krekstein & Harris, P.C.
1801 Market Street, Suite 1100
Philadelphia, PA 19103
achirls@finemanlawfirm.com
(215) 893-8715

OF COUNSEL:

Jonathan G. Graves
jgraves@cooley.com
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000

Respectfully submitted,

/s/ *Nicole D. Galli*

Nicole D. Galli (PA Id. #78420)
ndgalli@ndgallilaw.com
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd.
Philadelphia, PA 19102
Telephone:   215-525-9580
Facsimile:    215-525-9585

George F. Pappas (*pro hac vice*)
gpappas@cov.com
Michael N. Kennedy (*pro hac vice*)
mkennedy@cov.com
Matthew Kudzin (*pro hac vice*)
mkudzin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:   202-662-6000
Facsimile:    202-662-6291

*Attorneys for Defendants Eli Lilly and Company, ImClone LLC, and Bristol-Myers Squibb Company*

Case 2:15-cv-06133-RK   Document 96   Filed 05/24/19   Page 3 of 3

DeAnna Allen
dallen@cooley.com
Cooley LLP
1299 Pennsylvania Ave, NW
Suite 700
Washington, DC 20004
(202) 842-7896

Susan Krumplitsch
skrumplitsch@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

*Attorneys for Plaintiff The Trustees of the
University of Pennsylvania*

AND NOW, this 28th day of May, 2019, it is hereby **ORDERED** that:

The parties' deadline to submit a Proposed Joint Pretrial Scheduling Order is extended to and including May 28, 2019.

BY THE COURT:

ROBERT F. KELLY, SR. J.

- 3 -