# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, IMCLONE LLC, and BRISTOL MYERS SQUIBB COMPANY,<br><br>    Defendants. | Civil Action No. 2:15-cv-06133-RK |

## JOINT STIPUATION TO EXTEND DEADLINE TO FILE
## JOINT DISPUTED CLAIM TERMS CHART & APPENDIX

WHEREAS, on May 28, 2019, the Court granted the parties' Joint Motion for Entry of Joint Proposed Scheduling Order and adopted the Joint Proposed Schedule (D.I. 99);

WHEREAS the parties, diligently and in good faith, have exchanged proposed and revised claim constructions for disputed claim terms and have met and conferred regarding proposed claim constructions;

WHEREAS there are still a few outstanding issues on which the parties continue to consider and meet and confer;

WHEREAS the parties believe that a brief extension of the deadline to file a Joint Disputed Claim Terms Chart and Appendix may eliminate or at least further narrow any areas in dispute;

Now, therefore, the parties stipulate and agree, subject to approval of the Court, that, for the foregoing reasons, the deadline to file a Joint Disputed Claim Terms Chart and Appendix shall

be extended from Thursday September 26, 2019, to and including Tuesday, October 1, 2019. No other case deadlines shall be affected by this Stipulation.

IT IS SO STIPULATED.

Dated: September 26, 2019                                          Respectfully submitted,

_____/s/Andrew A. Chirls_____                          ___/s/ Nicole D. Galli_____

Andrew A. Chirls (No. 35422)                                Nicole D. Galli (PA Id. #78420)
Fineman Krekstein & Harris, P.C.                           Law Offices of N.D. Galli LLC
1801 Market Street, Suite 1100                              2 Penn Center Plaza, Suite 910
Philadelphia, PA 19103                                            1500 JFK Blvd.
achirls@finemanlawfirm.com                                 Philadelphia, PA 19102
(215) 893-8715                                                         ndgalli@ndgallilaw.com
                                                                                (215) 525-9580
OF COUNSEL:

Jonathan G. Graves                                                  George F. Pappas
jgraves@cooley.com                                                gpappas@cov.com
Cooley LLP                                                               Michael N. Kennedy
One Freedom Square                                                mkennedy@cov.com
Reston Town Center                                                 Matthew Kudzin
11951 Freedom Drive                                              mkudzin@cov.com
Reston, VA 20190                                                    Covington & Burling LLP
(703) 456-8000                                                         850 Tenth Street, NW
                                                                                Washington, DC 20001-4956
DeAnna Allen                                                           (202) 662-6000
dallen@cooley.com
Cooley LLP                                                               *Attorneys for Defendants Eli Lilly and*
1299 Pennsylvania Avenue, NW                              *Company, ImClone LLC, and Bristol-*
Suite 700                                                                   *Myers Squibb Company*
Washington, DC 20004
(202) 842-7896

Susan Krumplitsch
skrumplitsch@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

*Attorneys for Plaintiff The Trustees
of The University of Pennsylvania*

**AND NOW**, this 26th day of September, 2019, it is hereby **ORDERED** that:

The parties' deadline to submit a Joint Disputed Claim Terms Chart and Appendix is extended to and including October 1, 2019.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY, SR. J.