# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, IMCLONE LLC, and BRISTOL MYERS SQUIBB COMPANY,<br><br>Defendants. | Civil Action No. 2:15-cv-06133-RK |

**FILED**
**OCT 0 1 2019**
KATE BARKMAN, Clerk
By_____Dep. Clerk

## JOINT STIPULATION TO EXTEND DEADLINE TO FILE
## JOINT DISPUTED CLAIM TERMS CHART & APPENDIX

WHEREAS, on May 28, 2019, the Court granted the parties' Joint Motion for Entry of Joint Proposed Scheduling Order and adopted the Joint Proposed Schedule (D.I. 99);

WHEREAS, on September 26, 2019, the parties submitted a Joint Stipulation to Extend Deadline to File Joint Disputed Claim Terms Chart & Appendix (the "Joint Stipulation") and on September 27, 2019, pursuant to the Joint Stipulation, the Court extended the deadline to October 1 (D.I. 100);

WHEREAS the parties, diligently and in good faith, have exchanged proposed and revised claim constructions for disputed claim terms and have met and conferred regarding proposed claim constructions;

WHEREAS there are still a few outstanding issues on which the parties continue to consider and meet and confer;

WHEREAS the parties believe that a brief extension of the deadline to file a Joint Disputed Claim Terms Chart and Appendix may eliminate or at least further narrow any areas in dispute;

Now, therefore, the parties stipulate and agree, subject to approval of the Court, that, for the foregoing reasons, the deadline to file a Joint Disputed Claim Terms Chart and Appendix shall be extended from Tuesday, October 1, 2019, to and including Thursday, October 3, 2019. No other case deadlines shall be affected by this Stipulation.

IT IS SO STIPULATED.

Dated: September 25, 2019

Respectfully submitted,

Andrew A. Chirls (No. 35422)
Fineman Krekstein & Harris, P.C.
1801 Market Street, Suite 1100
Philadelphia, PA 19103
achirls@finemanlawfirm.com
(215) 893-8715

OF COUNSEL:

Jonathan G. Graves
jgraves@cooley.com
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000

DeAnna Allen
dallen@cooley.com
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7896

Nicole D. Galli (PA Id. #78420)
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd.
Philadelphia, PA 19102
ndgalli@ndgallilaw.com
(215) 525-9580

George F. Pappas
gpappas@cov.com
Michael N. Kennedy
mkennedy@cov.com
Matthew Kudzin
mkudzin@cov.com
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Defendants Eli Lilly and Company, ImClone LLC, and Bristol-Myers Squibb Company*

Susan Krumplitsch
skrumplitsch@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

*Attorneys for Plaintiff The Trustees
of The University of Pennsylvania*

AND NOW, this /st day of October, 2019, it is hereby **ORDERED** that:

The parties' deadline to submit a Joint Disputed Claim Terms Chart and Appendix is extended to and including October 3, 2019.

BY THE COURT:

_____
ROBERT F. KELLY, SR. J.

{01638907;v1}